IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KANG HAGGERTY & FETBROYT LLC<br>　　　Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION<br>NO. 2:17-cv-1295 |
| v. | : <br> : | |
| BAXTER MCLINDON HAYES, JR<br>and UTILIPATH HOLDINGS, INC.,<br>　　　Defendants. | : <br> : <br> : | |

**Jones, II    J.**

**March 1, 2018**

## **ORDER**

**AND NOW**, this 1st day of March, 2018, upon consideration of Baxter McLindon Hayes, Jr. and Utilipath Holdings, Inc.'s, (collectively "Defendants") Counterclaims (Defs.' Countercl.'s, ECF No. 7), Kang Haggerty & Fetbroyt LLC's ("Plaintiff") Motion to Dismiss Defendants' Counterclaims (Pl.'s Mot. Dismiss Defs.' Countercl.'s, ECF No. 15), and Defendants' Response in Opposition thereto (Defs.' Resp. Opp'n, ECF No. 22), it is hereby **OREDERED** that Plaintiff's Motion to Dismiss is **GRANTED** in part and **DENIED** in part.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II
　　　　　　　　　　　　　　　　　　　C. Darnell Jones, II    J.

1