IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KANG HAGGERTY & FETBROYT, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 17-cv-1295 |
| | : | |
| **BAXTER MCLINDON HAYES, JR., et al.,** | : | |
| Defendants. | : | |

**AND NOW**, this __1ST__ day of June, 2018, upon consideration of Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 43) and Defendants' Memorandum of Law in Opposition thereto (ECF No. 46), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint is **GRANTED**. Plaintiff shall finalize the Amended Complaint consistent with Exhibit A of the Motion for Leave to File Amended Complaint, and file the Amended Complaint within five (5) days of the date of this Order.

                                            BY THE COURT:

                                            ___/s/ Lynne A. Sitarski___
                                            LYNNE A. SITARSKI
                                            United States Magistrate Judge